In the Matter of Derek A. Deal, Appellant, v Eduardo Nieves, as Superintendent of Fulton Correctional Facility, Respondent.

Submitted January 10, 2005; decided January 18, 2005

Appeal, insofar as taken from that portion of the Appellate Division order that dismissed the appeal from the Supreme Court order denying reargument and renewal, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Lisa DuBose, Respondent, v Anton & Partners, Appellant.

Submitted January 3, 2005; decided January 18, 2005

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the nonfinal order of the Appellate Division entered in this action commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for a stay dismissed as academic.

In the Matter of Leo A. Marino, Appellant, v New York City Department of Correction, Records Access Officer, Respondent.

Submitted November 23, 2004; decided January 18, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.